UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Tyler Dahlstrand
                  Plaintiff,
v.
                  Case No.: 1:15−cv−07603
                  Honorable Manish S. Shah

FCA US LLC, et al.
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 3, 2017:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held. For the reasons stated in open court, defendant Nordstrom−Samson & Associates, Inc.'s motion for summary judgment is granted. The facts in Nordstrom−Samson & Associates, Inc.'s Rule 56.1 statement are deemed undisputed. Summary judgment is entered in favor of Nordstrom−Samson & Associates, Inc. and it is terminated as a party to this case. Final judgment will not be entered at this time. Nordstrom−Samson may file a motion under Rule 54(b), if it wishes. The fact discovery deadline is extended to 9/18/17. By 9/18/17, the parties shall file a status report with a proposed expert discovery schedule or a proposed briefing schedule for any remaining dispositive motions. The court will enter a responsive order including any further dates. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.