14027-1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TYLER DAHLSTRAND,<br>    Plaintiff,<br><br>vs.<br><br>FCA US, LLC, a Limited Liability Company, f/k/a CHRYSLER GROUP, LLC, a Limited Liability Company; COATINGS UNLIMITED, INC., a Corporation; ALBERICI INDUSTRIAL, LLC, a Limited Liability Company; and NORDSTROM-SAMSON & ASSOCIATES, INC., a Corporation,<br>    Defendants.<br>_____<br>ALBERICI INDUSTRIAL, LLC, a Limited Liability Company;<br>    Cross Plaintiff<br><br>v.<br><br>COATINGS UNLIMITED, INC., a Corporation; and NORDSTROM-SAMSON & ASSOCIATES, INC., a Corporation,<br>    Cross Defendants.<br>_____<br>ALBERICI INDUSTRIAL, LLC, a Limited Liability Company,<br>    Third-Party Plaintiff<br><br>v.<br><br>MIDWEST STEEL, INC., a Michigan Corporation,<br>    Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:15-cv-07603 |

**MOTION FOR LEAVE TO WITHDRAW AS ATTORNEYS**

NOW COMES Heyl, Royster, Voelker & Allen and, pursuant to LR 83.17, respectfully requests that this Court grant it leave to withdraw its appearances as attorneys of record in this matter, stating the following in support:

14027-1

1. Heyl, Royster, Voelker & Allen are attorneys for the Defendant/Cross-Plaintiff/Third-Party Plaintiff, Alberici Industrial, LLC, a Limited Liability Company ("Alberici"), in the above-entitled and numbered cause.

2. Charles E. Timmerwilke is the lead attorney of record for Alberici, having filed his appearance in this matter on March 11, 2016 [Doc. 22].

3. Andrew J. Roth is one of the attorneys of record for Alberici, having filed his appearance in this matter on August 22, 2016 [Doc. 48].

4. Megan A. Mole is one of the attorneys of record for Alberici, having filed her appearance in this matter on October 10, 2016 [Doc. 65].

5. Brett M. Mares is one of the attorneys of record for Alberici, having filed his appearance in this matter on July 31, 2017 [Doc. 113].

6. On March 30, 2018, Alberici filed its Motion for Summary Judgment [Doc. 128] and judgment was subsequently granted in favor of Alberici and against Plaintiff Tyler Dahlstrand [Docs. 144 and 146].

7. The time for an appeal having run, the Court's decision in favor of Alberici is final and Alberici is no longer a party to this action.

WHEREFORE, Heyl, Royster, Voelker & Allen respectfully requests that the Court grant it leave to withdraw its attorneys' appearances of record, as set forth above, in this action.

                    ALBERICI INDUSTRIAL, LLC, a Limited
                    Liability Company, Defendant/Cross-
                    Plaintiff/Third Party Plaintiff


BY:  *s/Brett M. Mares*_____
      Brett M. Mares

14027-1

HEYL, ROYSTER, VOELKER & ALLEN
Second Floor, PNC Bank Building
120 West State Street
P.O. Box 1288
Rockford, Illinois 61105 1288
Telephone:  815.963.4454
Facsimile:  815.963.0399
ctimmerwilke@heylroyster.com

*and*

HEYL, ROYSTER, VOELKER & ALLEN
33 North Dearborn Street, 7th Floor
Chicago, Illinois 60602
Telephone:  (312) 853-8700
Facsimile:    (312) 782-0040
Primary E-service:  chiecf@heylroyster.com
Secondary E-service:  aroth@heylroyster.com
Secondary E-service:  bmares@heylroyster.com

14027-1

# CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2020, I electronically filed the foregoing **Motion for Leave to Withdraw as Attorneys** with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

      *s/Tacy Bowman*
tbowman@heylroyster.com
Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

HEYL, ROYSTER, VOELKER & ALLEN
Second Floor, PNC Bank Building
120 West State Street
P.O. Box 1288
Rockford, Illinois 61105 1288
Telephone: 815.963.4454
Facsimile: 815.963.0399
ctimmerwilke@heylroyster.com

and

HEYL, ROYSTER, VOELKER & ALLEN
33 North Dearborn Street, 7th Floor
Chicago, Illinois 60602
Telephone: (312) 853-8700
Facsimile: (312) 782-0040
Primary E-service: chiecf@heylroyster.com
Secondary E-service: aroth@heylroyster.com
Secondary E-service: bmares@heylroyster.com

38512210_1