# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Tyler Dahlstrand

                Plaintiff,

v.                                                  Case No.: 1:15−cv−07603

                                                       Honorable Manish S. Shah

FCA US LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 18, 2022:

      MINUTE entry before the Honorable Manish S. Shah: Voir dire held on 3/18/22. Jury selected and jury trial begun. Opening statements given. Evidence entered and jury trial continued to 3/21/22 at 10:00 a.m. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.