ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Tyler Dahlstrand,

Plaintiff,

v.

FCA US LLC and Midwest Steel, Inc.,

Defendants.

Case No.  15-cv-07603
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

       which ☐ includes     pre–judgment interest.
              ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐     in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒     other:  in favor of plaintiff and against defendant FCA US LLC in the amount $6,355,382.42 (92% of the jury's verdict of $6,624,000 plus prejudgment interest of $261,302.42), and judgment in favor of defendant FCA US LLC and against third-party defendant Midwest Steel, Inc. in the amount of $3,875,040 (58.5% of the jury's verdict of $6,624,000), and final judgment in favor of defendant Nordstrom-Samson & Co based on the court's ruling of 8/3/2017. Final judgment was previously entered under Rule 54(b) in favor of defendants Alberici Industrial and Coatings Unlimited on 2/6/2019.

This action was *(check one)*:

☒ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☐ decided by Judge Manish Shah on a motion.

ILND 450 (Rev. 10/13) Judgment in a Civil Action

Date:   4/6/2022                    Thomas G. Bruton, Clerk of Court

                                    /Susan McClintic , Deputy Clerk